UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                          :

In re PAYMENT CARD INTERCHANGE  :      MDL No. 1720(JG)(JO)
FEE AND MERCHANT DISCOUNT     :
ANTITRUST LITIGATION            :
                          :

This Document Relates To:         :
                          :

ALL CLASS ACTIONS.           :
                          :
--------------------------------------------------------x

**MOTION OF U.S. PUBLIC INTEREST RESEARCH GROUP FOR LEAVE
TO SUBMIT A MEMORANDUM OF LAW AS *AMICUS CURIAE***

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of [Proposed}

*Amicus Curiae* U.S. Public Interest Research Group in Opposition to Class Plaintiffs' Motion for

Preliminary Approval of Proposed Class Settlement, proposed *amicus curiae* United States

Public Interest Research Group hereby moves this Court for leave to submit a memorandum of

law as *amicus curiae* in this matter.

 Dated:  November 7, 2012

                        Respectfully submitted,

                        /s/ Robert L. Begleiter
                        Robert L. Begleiter
                        Schlam Stone & Dolan LLP
                        26 Broadway
                        New York, NY  10004
                        Phone: 212-344-5400
                        Fax: 212-344-7677
                        rbegleiter@schlamstone.com

                        *Attorneys for Amicus Curiae U.S.
                        PIRG*